IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| S-HASH INC. d/b/a ISLAND MARKET, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 1:22-cv-46 |
| GREAT LAKES INSURANCE SE, | § § | |
| *Defendant.* | § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendant, GREAT LAKES INSURANCE SE ("Great Lakes"), in a cause styled *S-Hash Inc., dba Island Market v. Great Lakes Insurance SE*, originally pending as Cause No. 2022-DCL-01259 in the 103rd District Court of Cameron County, Texas, hereby respectfully files this Notice of Removal of that cause to the United States District Court for the Southern District of Texas, Brownsville Division, while fully reserving all rights and defenses, and as grounds therefore would respectfully show the Court as follows:

### NATURE OF THE PENDING STATE CASE

1. On March 10, 2022, S-Hash Inc., dba Island Market ("Plaintiff") filed a civil action styled *S-Hash Inc., dba Island Market v. Great Lakes Insurance SE*, under Cause No. 2022-DCL-01259 in the 103rd District Court of Cameron County, Texas.

2. This case involves an insurance dispute wherein Plaintiff alleges in its Original Petition that the subject property located in 5312 Padre Blvd, South Padre Island, Texas 78597 (the "Property"), insured under an insurance policy issued by Great Lakes, sustained extensive damage on or about July 26, 2020 when a tropical storm moved through South Padre Island,

Cameron County, Texas. Plaintiff has sued Great Lakes alleging causes of action for breach of contract, violations of the Texas Insurance Code, breach of the duty of good faith and fair dealing, as well as common law fraud.

3. Great Lakes has attached the documents required to be filed with this Notice of Removal in compliance with Local Rule 81.[1]

## JURISDICTION

4. Pursuant to 28 U.S.C. § 1441(a), Great Lakes removes this action to the District Court of the United States for the Southern District of Texas, Brownsville Division, because it is the District and Division embracing the place where such action is pending. Additionally, this Court has diversity jurisdiction, as shown below, because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

**A. Diversity of the Parties**

5. Plaintiff is an individual who is a citizen of Texas and who resides and owns property in Cameron County, Texas.[2] Defendant Great Lakes is a foreign alien corporation based out of London, United Kingdom and engaged in the business of insurance in the State of Texas by permission of the Texas Department of Insurance. Therefore, the parties are citizens of different states and are completely diverse.

**B. Amount in Controversy**

6. To show that all the requisites for federal jurisdiction are met, a removing party must demonstrate that the amount in controversy exceeds $75,000.[3] The amount in controversy is

---

[1] Plaintiff's Original Petition, attached hereto as Exhibit "A;" Proof of Service, attached hereto as Exhibit "B;" Defendant's Original Answer, attached hereto as Exhibit "C;" An Index of Matters Being Filed, attached hereto as Exhibit "D;" Copy of State Court Docket Sheet, attached hereto as Exhibit "E;" List of All Counsel of Record, attached hereto as Exhibit F;" and Civil Cover Sheet, attached hereto as Exhibit "G."
[2] Exhibit A, at paras 2 & 6.
[3] *See* 28 U.S.C. § 1332(a); *Garcia v. Koch Oil Co. of Texas Inc.*, 351 F.3d 636, 638 (5th Cir. 2003).

ordinarily established on the face of the complaint and the dollar-amount actually alleged.[4] Here, Plaintiff alleges in its petition that it seeks damages of $250,000 but not more than $1,000,000.[5] Therefore, the amount in controversy exceeds the jurisdictional minimum of $75,000.00, exclusive of interest and costs.

## TIMING OF REMOVAL

7.  Great Lakes was served with this lawsuit on March 29 2022 by Plaintiff serving Great Lakes' Registered Agent, Mendes and Mount, L.L.P.[6] Therefore, this Notice of Removal is being filed within 30 days of service of the petition pursuant to 28 U.S.C. § 1446(b) and is filed less than one year after commencement of the action, pursuant to 28 U.S.C. § 1446(c). This Notice is therefore timely filed.

## NOTICE TO ADVERSE PARTIES AND STATE COURT

8.  As the removing party, Great Lakes will give Plaintiff prompt written notice of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

9.  Great Lakes will also file a copy of this Notice of Removal with the 103rd District Court of Cameron County, Texas, where the state court action is currently pending, as required by 28 U.S.C. § 1446(d).

## ANSWER

10. Great Lakes filed a responsive pleading in the state court action and will timely file an Amended Answer to Plaintiff's lawsuit in this Honorable Court.

---

[4] *See Garcia*, 351 F.3d at 638 (citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938)); *Allen v. R & H Oil and Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).
[5] Exhibit A, at para. 48.
[6] *See* Exhibit B.

## JURY DEMAND

11. Great Lakes hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## CONCLUSION AND PRAYER

12. In light of the foregoing, Defendant GREAT LAKES INSURANCE SE respectfully removes this civil action, styled *S-Hash Inc., dba Island Market v. Great Lakes Insurance SE*, under Cause No. 2022-DCL-01259 in the 103rd District Court of Cameron County, Texas.

13. Great Lakes prays for such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

Respectfully submitted by,

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

*/s/ William D. Abbott*
Les Pickett
State Bar No. 15980520
lpickett@gallowaylawfirm.com
William D. Abbott
State Bar No. 24087069
wabbott@gallowaylawfirm.com
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 – telephone
(713) 599-0777 – facsimile

**ATTORNEYS FOR DEFENDANT
GREAT LAKES INSURANCE SE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of April, 2022, a copy of the above and foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                              */s/ William D. Abbott*
                                              Les Pickett
                                              William D. Abbott