United States District Court
Southern District of Texas
**ENTERED**
December 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| S-HASH INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-046 |
| § | |
| GREAT LAKES INSURANCE SE, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Plaintiff S-Hash Inc. and Defendant Great Lakes Insurance SE filed a Joint Stipulation of Dismissal with Prejudice (Doc. 8) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Although the filing dismisses S-Hash Inc.'s causes of action without court order, the parties submit a proposed Final Judgment. As a result, it is:

**ORDERED** that S-Hash Inc.'s causes of action are **DISMISSED WITH PREJUDICE**.

Unless otherwise agreed upon by the parties, each party is to bear its own attorney's fees and costs.

The Clerk of Court is directed to close this matter.

Signed on December 22, 2022.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge